## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY D. HILL,
        **Plaintiff**

   **v.**

UPMC COLLECTIONS,
        **Defendant**

:     No. 4:24cv1600
:
:     **(Judge Munley)**
:
:     **(Magistrate Judge Carlson)**
:
:
:

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of United States Magistrate Judge Martin C. Carlson. (Doc. 49). The R&R recommends that Plaintiff Jeffrey D. Hill's motion for summary judgment, (Doc. 46), be denied without prejudice as premature.

The R&R was issued on February 23, 2026. Parties have 14 days to file objections to an R&R after being served with a copy of the recommended disposition. FED R. CIV. P. 72(b)(2); M.D.PA. L.R. 72.3. No objections to the R&R have been filed and the time for such filing has passed. Hill has not requested an extension of time. Thus, the R&R is ready for review.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy

itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court will accept the R&R, adopt it in its entirety, and return the matter to Magistrate Judge Carlson for further proceedings.  Thus, it is hereby **ORDERED** as follows:

1) The R&R, (Doc. 49), is **ADOPTED**;

2) Hill's motion for summary judgment, (Doc. 46) is **DENIED** without prejudice to renewal at the close of discovery; and

3) This matter is referred to a United States Magistrate Judge for pretrial management and the issuance of R&Rs.

Date: 3/20/36

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2